Page 1

2-20-08

Jeffery T. Cook #000 1050975
South Western Reigonal Jail
13 Gaston Caperton Drive
Holden, W.V 25625

FILED
FEB 2 2 2008
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

file on 2-20-08   CA 2:08-0125

Jeff T. Cook
v.
Mark Casdorph, DO

This hereby hand Written, testament Stand as A legal documet Ruel(35)(A),(35)(b) OF A Petition, and Law-Suit against MR, Casdorph, DO. under CONFIDENTIAL Help.

NOW Come the Petition and viction iN Good Motion, Raise Motion's OF A Fast here do To ALL Law and "MentAil Abuse" been does to me.

1. I have been uNder Since "early eight" Dr. Neilan Highland was one I was iN it and Weston.

2. Motion and Grounds The alleged MR. Casdorph. Work for the Jail I could not see him and the court did not When he was court to see him and the Correctional.

2 page

2-20-08

3. MR. COOK has been on has Kbonopin for he's seizure and blackout with ohepsmed's.

4. He has see Nina Shinaberry, she say Need it MR. Rosemary L. Smith Psy.D Licensed Psychologist He was A"U.S."Att, Gen, to I have see him and Brenda Ballard, B.S. Phyhometrician to.

5. He has try to commit suicide in ALL befor in 1995 S.S.R. JAiL CH₃" HE has been in under care of DR. Walker at Shawnee Hills to so in A enveriment as this with ALL Evidece and fast MR. Casdorph. Puting he life at risk.

6. He has repourt like is say in the "Grounds" to suit him and under Law- he shoud be charges do to this is correctional facility

7. And the court Should meeted "ORDER" for him to put black on, it do he is a "Conflict" in court he did say he saw me in CHARLSTON but he did not he say C.O's Miller and Estrathers but I saw him here at the JAiL fact Ms. Betty the Nuesr was still here

8. A lot of DR. say yes and his life put at risk as well there are mt. Olive and H.C.C for witnesses to

3 page

2-20-08

9. He not been a htep to MR. COOK He does not Get to see the he assist so How does this DR. Phy Work for conn

10. due to Evidece MR. Cook Wish to Put a Law-suit for MentAil Abuse and for $950,000.

11. ANd MR. Casdorph, D.O. Came and Work UNder the Correctional FAcility for the problems and aswell Work with the assist as iN go Oever record as it saying a lot of people along with mr. cook

12. They are more if Need Please give the Prosecuting Attorney and all other. fileing to the Clerk to give ALL copie

Submit
A legal document by Jeff Cook
IN S.W.R. JAil

Jeff T. Cook
SOUTHWESTERN REGIONAL JAIL
EARL RAY TOMBLIN INDUSTRIAL PARK
13 GASTON CAPERTON DRIVE
HOLDEN, WV 25625

1050975

HUNTINGTON WV 255
21 FEB 2008 PM 3 T

To: United States Courthouse
Supreme Court Clerk
300 Virginia Street East
Chaleston, W.V 25301